# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISHA JOHNSON, <br><br>　　　　　Petitioner, <br>　v. <br> J. ESPINOZA, Warden, <br><br>　　　　　Respondent. | Case No. CV 18-02368 AG (AFM) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 29, 2018

_____
　　　ANDREW J. GUILFORD
　UNITED STATES DISTRICT JUDGE